1 | THOMAS P. O'BRIEN
United States Attorney
2 | LEON W. WEIDMAN
Assistant United States Attorney
3 | Chief, Civil Division
ZORAN J. SEGINA
4 | Assistant United States Attorney
California Bar No. 129676
5 | zoran.segina@usdoj.gov
     Suite 7516AA, Federal Building
6 |  300 North Los Angeles Street
     Los Angeles, California 90012
7 |  Telephone: (213) 894-6606
     Fax No:    (213) 894-5900
8
Attorneys for Plaintiff
9
               UNITED STATES DISTRICT COURT
10
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
UNITED STATES OF AMERICA,    )
                             ) CASE NO. CV08-2976
            Plaintiff,       )
                             ) CONSENT JUDGMENT
       v.                    )
                             ) [AMENDED]
GREGORY CASTILLO, M.D.,      )
                             )
                             )
            Defendant.       )

United States of America, Plaintiff, having filed its Complaint herein, and Gregory Castillo M.D., through his attorney, having consented to the making and entry of this Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto (28 U.S.C. §1345). The Complaint filed herein on May 7, 2008, states a claim upon which relief can be granted.

2. Defendant hereby acknowledges and accepts service of the Complaint filed herein. Defendant acknowledges and agrees that the facts and allegations made therein are true and correct.

3. Defendant hereby agrees to the entry of Judgment in the sum of $78,661.10, an accrued prejudgment interest through September 22, 2008 in the amount of $1,431.91, with interest continuing to accrue at the rate of 5.125 per cent per annum ($10.87 per day) until the date of judgment, with interest thereafter at the legal rate, for a total of $80,093.01.

4. Defendant will make monthly payments to Plaintiff in the amount of $500.00, starting on November 1, 2008 and on the 1st of each month thereafter, until the debt is paid in full.

1

1 | Each payment shall be applied to accrued interest, and the
2 | balance, if any, to the principal.

3 | DATED: 11.6.2008

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

_____
ZORAN J. SEGINA
Assistant United States Attorney

Attorneys for Plaintiff

DATED: 11/3/08

_____
GREGORY CASTILLO, M.D.

Defendant

DATED: 11/4/08

_____
PETER M. LIVELY, ESQ.

Attorney for Defendant

CONSENT JUDGMENT ENTERED.

TERRY NAFISI, Clerk
United States District Court
Central District of California

DATED: 11/13/2008     By: A. KANNIKE
                         Deputy Clerk

2